# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GILBERTO CARRILLO, | Case No. 3:21-cv-00423-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| KATHY THOMAS, *et al.*, | |
| Defendants. | |

After screening *pro se* Plaintiff Gilberto Carrillo's First Amended Complaint ("FAC") in this action, Court dismissed Carrillo's claims without prejudice and with leave to amend by March 28, 2022. (ECF No. 7 at 10.) Carrillo now moves to extend that deadline by 16 days, arguing that he is currently housed in administrative segregation and cannot access the law library, which he needs to research the facts and grounds of his claims. (ECF No. 8 at 2.) Carrillo does not need law library access to allege the facts relevant to his claims. But the Court recognizes that Carrillo could benefit from having additional time to reflect on his facts and compare them to the applicable legal standards that the Court provided in its order screening the FAC. The Court finds that good cause exists to grant the requested extension, and will therefore give Carrillo 30 days to file his second amended complaint.

It is therefore ordered that Carrillo's motion to extend time (ECF No. 8) is granted. Carrillo has until April 27, 2022, to file a second amended complaint.

///

///

///

///

///

It is further ordered that if Carrillo does not file a second amended complaint, the Court may dismiss this action without prejudice for failing to follow the Court's order and for failing to state a claim upon which relief could be granted.

DATED THIS 28th Day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE