1
2
3                           UNITED STATES DISTRICT COURT
4                                DISTRICT OF NEVADA
5                                      * * *
6   GILBERTO CARRILLO,                        Case No. 3:21-cv-00423-MMD-CLB
7                            Plaintiff,                        ORDER
         v.
8   KATHY THOMAS, *et al.*,
9                            Defendants.
10

11        In screening *pro se* state prisoner Gilberto Carrillo's First Amended Complaint,

12  Court dismissed Carrillo's claims without prejudice and with leave to amend by March 28,

13  2022. (ECF No. 7 at 10.) On Carrillo's motion, the Court extended the deadline for him to

14  file a second amened complaint to April 27, 2022. (ECF Nos. 8, 9.) That deadline passed

15  without Carrillo filing a second amended complaint or any other document. This action

16  cannot realistically proceed unless Carrillo files a second amended complaint and

17  complies with the Court's orders. But the Court finds that a final extension of the deadline

18  to amend is a meaningful alternative to dismissal here.

19        It is therefore ordered that Carrillo has until June 16, 2022, to file a second

20  amended complaint. Carrillo is cautioned that his failure to timely file a second amended

21  complaint could result in the dismissal of this action without prejudice for failing to follow

22  the Court's order and for failing to state a claim upon which relief could be granted.

23        DATED THIS 16th Day of May 2022.

24
25                                          _____
26                                          MIRANDA M. DU
                                            CHIEF UNITED STATES DISTRICT JUDGE
27
28