UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GILBERTO CARRILLO,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>KATHY THOMAS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-cv-00423-MMD-CLB<br><br>ORDER |

In screening *pro se* Plaintiff Gilberto Carrillo's First Amended Complaint ("FAC"), the Court dismissed the claims with leave to amend by March 28, 2022. (ECF No. 7 at 10.) On Carrillo's motion, the Court extended the deadline to April 27, 2022. (ECF Nos. 8, 9.) When the deadline expired without Carrillo filing any document, the Court granted him a final extension to amend by June 16, 2022. (ECF No. 10.) Carrillo now moves to extend the deadline by another 30 days, arguing he finally understands how to correct the deficiencies of his FAC, and this is his final request for an extension. (ECF No. 11 at 2.) The Court is sympathetic to the fact that drafting a complaint is not an easy task, but extensions of the deadline to do so cannot continue indefinitely. However, the Court finds that good cause exists to extend the deadline one last time.

It is therefore ordered that the motion to extend time (ECF No. 11) is granted. Carrillo has **until July 14, 2022,** to file a second amended complaint. Absent unusual circumstances, the Court will not grant any further extensions of time. The failure to timely amend may result in the dismissal of this action without prejudice for failing to state a claim upon which relief could be granted.

DATED THIS 14th Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE